1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10    KELLY O. CALLAHAN,

11                    Petitioner,                   No. CIV S-11-0606 EFB P

12          vs.

13    G. SWARTHOUT,

14                    Respondent.              ORDER

15    _____/

16          Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus.  *See* 28 U.S.C.

17    § 2254.

18          Petitioner challenges a conviction in the Stanislaus County Superior Court and so this

19    action should have been commenced in the district court in Fresno.  E.D. Cal. Local Rule 120(d).

20          Accordingly, it is hereby ordered that:

21          1.  This action is transferred to the district court in Fresno.  *See* E.D. Cal. Local Rule

22    120(f).

23          2.  The Clerk of Court shall assign a new case number.

24    ////

25    ////

26    ////

1

1      3.   All future filings shall bear the new case number and shall be filed at:

2                  United States District Court
                   Eastern District of California
3                  2500 Tulare Street
                   Fresno, CA 93721
4

5   DATED:  March 16, 2011.

6                                    _____
                                     EDMUND F. BRENNAN
7                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26