1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY O. CALLAHAN, | 1:11-cv-00455-JKT (HC) |
|       Petitioner, | ORDER DISREGARDING AS MOOT PETITIONER'S MOTION FOR EXTENSION |
|   vs. | OF TIME TO FILE TRAVERSE |
| G. SWARTHOUT, | (Doc. 17) |
|       Respondent. | |
| _____/ | |

        Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On August 16, 2011, Petitioner filed his Traverse.  (Doc. 16).  On August 19, 2011, Petitioner filed the instant motion to extend time to file a Traverse.  (Doc. 17).  Petitioner's motion for extension of time is moot in light of his prior filing of the Traverse.

        THEREFOR, IT IS HEREBY ORDERED that Petitioner's motion for extension of time to file the Traverse (Doc. 17), is DISREGARDED as MOOT.

IT IS SO ORDERED.

Dated:   **August 24, 2011**                              _____
                                                                        **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE

25
26
27
28